# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 27 2022

DR. KIMBERLY A. FREE, CLERK
BY
DEPUTY CLERK

## UNITED STATES OF AMERICA

*v.*

***Joshua Micheal Reiter***

**CRIMINAL COMPLAINT**
**(Un-Redacted)**
**CASE NUMBER:** 4:22-mj-00070 PK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**On or about June 25th 2022, within the boundaries of the Cedar Breaks National Monument, in the District of Utah, the defendant, *Joshua Micheal Reiter* exceeded the posted speed limit, 35MPH in 25MPH zone, a violation of 36CFR 4.21(c), possessed a controlled substance, marijuana, a violation of 36CFR 2.35(b)2 and knowingly possessed a firearm while being a convicted felon, in violation of Title 18, United States Code, Section 922(g)1.**

I further state that I am National Park Service Ranger, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE HEREIN.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY:

_X_ Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Mark A. Fye

Jonathan Pyne, Ranger, National Park Service
Complainant's Name and Title

[signature] 06/27/2022
Complainant's Signature Date

______ Sworn by Telephone

27 June 2022; 9:44 a.m.
Date/Time

Saint George, UT
City and State

Paul Kohler, U.S. Magistrate Judge
Name & Title of Judicial Office

[signature]
Signature of Judicial Officer

## UN-REDACTED ELECTRONIC AFFIDAVIT

Your affiant, **NPS Ranger Jonathan Pyne**, deposes and states as follows:

1. Your affiant is employed by the National Park Service as a ranger (i.e., a federal law enforcement officer). Your affiant is currently assigned as a patrol officer within the Cedar Breaks National Monument within the District of Utah. Your affiant has training and experience working as a Ranger with the National Park Service.

2. The information contained in this affidavit is from my personal knowledge, as well as information from others set forth further below. Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each and every fact known regarding this investigation.

3. On June 25th, 2022, your affiant was on routine patrol in Cedar Breaks National Monument in the District of Utah. I was in uniform and in a marked patrol vehicle.

4. At approximately 0820 hours, while traveling southbound on Hwy 148 I observed a gold Toyota sedan traveling northbound at a high rate of speed in a 25MPH zone near the visitor center.

5. I confirmed the vehicle's speed on my RADAR at 35 MPH.

6. I turned and followed the vehicle and noticed the odor of raw and burnt marijuana coming into my open driver's window from outside.

7. I conducted a traffic stop on the vehicle, bearing Montana plate 320614A, at the Sunset Viewpoint parking lot.

8. I identified the driver as Joshua Reiter by his Montana driver's license.

9. While conversing with Reiter I observed a strong odor of marijuana emanating from within the vehicle.

10. I asked Reiter if the marijuana was from a dispensary and if it was less than one ounce. He stated it yes to both questions.

11. While notifying Reiter that I would be searching his vehicle he stated, "there is a gun in the car" and notified me that it was in the center console next to him.

12. While conversing with the female occupant Bayley Reiter, she stated that the marijuana was Joshua's Reiter's.

13. While conversing with Reiter he stated he had been in trouble before.

14. While conducting a search of the vehicle I found a Ruger P85 9mm handgun serial number 300-90393 in the center console.

15. I asked dispatch for a criminal history on Reiter. Dispatch notified me that Reiter had multiple felony convictions for criminal possession of dangerous drugs and burglary.

16. While conducting a search of the vehicle Reiter notified me that there was more marijuana in his backpack in the trunk of the vehicle.

17. I searched the trunk of the vehicle and found a brown leather backpack with marijuana in it.

18. Based on the foregoing, you affiant believes that there is probable cause to support that on or about June 25th 2022, the defendant, Joshua Micheal Reiter exceeded the posted speed limit, 35MPH in 25MPH zone, a violation of 36CFR 4.21(c), possessed a controlled substance, marijuana, a violation of 36CFR 2.35(b)2 and knowingly possessed a firearm while being a convicted felon, in violation of Title 18, United States Code, Section 922(g)1.

**Pursuant to 28 U.S.C. 1746, I declare under penalty of Perjury under the laws of the United States that the foregoing is true and correct.**

Executed on: June 25th 2022

________________________________

Jonathan Pyne, Ranger, National Park Service

______ Sworn by Telephone

Date/Time: 27 JUNE 2022

________________________________

Paul Kohler United States Magistrate Judge